FILED
FEBRUARY 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. |
| MUDE USA, LLC, | ) ) ) | **08 C 1248** |
| Defendant. | ) | |

**JUDGE KENNELLY**
**MAGISTRATE JUDGE VALDEZ**

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, Mude USA, LLC ("Mude USA") files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 *et. seq.*, to remove the above-captioned matter from the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois, in which the case is now pending, to the Untied States District Court for the Northern District of Illinois, Eastern Division. In support thereof, Mude USA states as follows:

1. On January 17, 2008, plaintiff filed its one-count Verified Complaint for Damages (the "Complaint") against Mude USA in the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois, Docket No. 2008 L 045.

2. On January 22, 2008, plaintiff obtained *ex parte* an Order of Attachment and Garnishment in Aid of Attachment ("Order of Attachment") against Mude USA.

3. On January 30, 2008, Mude USA was served with copies of the Complaint, Order of Attachment, Garnishment Summons (Non-Wage), Garnishment (Non-Wage) Notice, and Affidavit for Garnishment (Non-Wage). The Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because it is filed within 30 days after receiving the Complaint, Order of Attachment, Garnishment Summons (Non-Wage), Garnishment (Non-Wage) Notice, and Affidavit for Garnishment (Non-Wage). Copies of the Complaint, Order of Attachment, and all other process,

462430.1

pleadings and orders that have been received by Mude USA in this case are attached hereto as Exhibit 1, as required by 28 U.S.C. § 1446(a).

4. The Complaint alleges that Mude USA breached a security agreement between Mude USA and Plaintiff. According to the Complaint, Plaintiff seeks to recover more than $52,786,203.00 in damages. (Complaint, Exhibit 1, ¶¶ 5, 11, 13).

5. Plaintiff is a Delaware corporation with is principal place of business in Illinois. (Complaint, Exhibit 1, ¶ 1).

6. Mude USA is a Florida corporation with its principal place of business in Florida. (Complaint, Exhibit 1, ¶ 2).

7. This Court has original jurisdiction of this action on diversity pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000 and this action is between citizens of different states.

8. Counsel for Mude USA has reviewed the court docket in the State Action and it appears the garnishee defendant, Citibank, N.A., was served. Citibank, N.A., as garnishee, is merely a nominal party whose consent is not required for removal of this case to the United States District Court. See Kiddie Rides USA, Inc. v. Elektro-Mobiltechnik GMBH, 579 F. Supp. 1476, 1480 (C.D. Ill. 1984) (garnishee defendant "is merely a nominal party and its absence from the petition for removal does not require remand") (citing Ryan v. State Board of Elections of the State of Illinois, 661 F.2d 1130, 1134 (7th Cir. 1981) ("Only indispensable defendants are required to join in the petition for removal; the consent of nominal or formal parties is not necessary."), Farmer's Bank v. Hayes, et al., 58 F.2d 34, 36 (6th Cir. 1932) ("A garnishee or stakeholder is a merely nominal party whose citizenship will not effect the question of jurisdiction.")).

9. Mude USA will give written notice of the filing of this Notice of Removal to Plaintiff and Citibank, N.A., and will file a copy of the Notice with the Clerk of the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant, Mude USA, LLC, respectfully request that this action proceed in this Court as an action properly removed hereto.

                              Respectfully submitted,

                              MUDE USA, LLC


                              By: /s/ Christina Y. Nelson
                                    One of Its Attorneys

Edward J. Lesniak (ARDC No. 1624261)
Christina Y. Nelson (ARDC No. 6278754)
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, IL 60611
(312) 840-7000
(312) 840-7900 (FAX)
Atty. No. 41704