**FILED**
**FEBRUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. |
| MUDE USA, LLC, | ) ) ) | **08 C 1248** |
| Defendant. | ) | |

**JUDGE KENNELLY**
**MAGISTRATE JUDGE VALDEZ**

<u>NOTICE OF FILING NOTICE OF REMOVAL</u>

To:  Jeffrey Alan Ryva           Will County Court House          Citibank, N.A.
     Husch & Eppenberger, LLC    The Office of the Circuit Clerk  691 Brook Forest Ave.
     401 Main Street, Suite 1400 14 West Jefferson Street          Shorewood, IL 60404
     Peoria, Illinois 61602-1241 Joliet, Illinois 60432

PLEASE TAKE NOTICE that Defendant, Mude USA, LLC, in the above-entitled action has this 29th day of February, 2008 filed its **Notice of Removal** of this action in the Office of the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, a copy of which is attached hereto and served upon you.

You are further advised that the Defendant, Mude USA, LLC upon filing of the Notice of Removal, also filed a copy of the Notice with the Clerk of the Circuit Court of Twelfth Judicial Circuit, Will County, Illinois, thus effecting removal under 28 U.S.C. § 1446(d).

Respectfully submitted,

MUDE USA, LLC

By:   /s/ Christina Y. Nelson
      One of Its Attorneys

Edward J. Lesniak (ARDC No. 1624261)
Christina Y. Nelson (ARDC No. 6278754)
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
(312) 840-7000
(312) 840-7900 (FAX)

462306.1