## CERTIFICATE OF SERVICE

The undersigned, counsel for defendant, Mude USA, LLC, states that she served a copy of the Defendant's Notice of Removal and the above Notice of Filing on this 29th day of February, 2008 as follows:

**BY U.S. MAIL & FACSIMILE**

Jeffrey Alan Ryva
Husch & Eppenberger, LLC
401 Main Street, Suite 1400
Peoria, Illinois 61602-1241
Fax: 309-637-4928

**BY FEDERAL EXPRESS**

Will County Court House
The Office of the Circuit Clerk
14 West Jefferson Street
Joliet, Illinois 60432

**08 C 1248**

**BY U.S. MAIL**

Citibank, N.A.
691 Brook Forest Ave.
Shorewood, IL 60404

      /s/ Christina Y. Nelson
         Christina Y. Nelson