FILED
FEBRUARY 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. **08 C 1248** |
| MUDE USA, LLC, | ) ) | |
| Defendant. | ) ) | **JUDGE KENNELLY** **MAGISTRATE JUDGE VALDEZ** |

**DEFENDANT MUDE USA, LLC'S MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, Mude USA, LLC ("Mude"), moves this Court for an order granting Mude twenty-one (21) additional days or until March 21, 2008 to file an answer or otherwise plead, and in support states as follows:

1. On January 17, 2008, plaintiff filed its one-count Verified Complaint for Damages (the "Complaint") against Mude USA in the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois, Docket No. 2008 L 045. The Complaint alleges Mude USA breached a security agreement between Mude USA and Plaintiff.

2. On January 22, 2008, plaintiff obtained *ex parte* an Order of Attachment and Garnishment in Aid of Attachment ("Order of Attachment") against Mude USA.

3. On January 30, 2008, Mude USA was served with copies of the Complaint, Order of Attachment and other pleadings, including a Statement of Reservation of Right to Arbitrate Dispute and Motion for Stay of Litigation Pending Arbitration ("Motion to Stay").

4. The undersigned counsel was retained and filed an appearance on February 29, 2008.

5.  It is not clear whether the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois granted Plaintiff's Motion to Stay, staying the case pending arbitration or whether Plaintiff has actually initiated arbitration.

6.  As a result, Mude needs additional time to prepare a responsive pleading.

WHEREFORE, Defendant, Mude USA, LLC requests that this Court enter an order granting it twenty-one (21) additional days, or until March 21, 2008 to answer or otherwise plead.

Respectfully submitted,

MUDE USA, LLC

By: __/s/ Christina Y. Nelson__
  One of Its Attorneys

Edward J. Lesniak (ARDC No. 1624261)
Christina Y. Nelson (ARDC No. 6278754)
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, IL 60611
(312) 840-7000
(312) 840-7900 (FAX)
Atty. No. 41704

99999\99999\462490.1