IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORP., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CASE NO. 08-1248 |
| MUDE USA, LLC, | ) ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS**

Please take notice that effective February 29, 2008, the name of the firm for the undersigned counsel of record changed from Husch & Eppenberger, LLC to Husch Blackwell Sanders LLP and the e-mail address for the undersigned counsel of record has changed as indicated in the signature block below.  All other contact information remains the same.

<u>**s/ Jeffrey Alan Ryva**</u>
Jeffrey Alan Ryva Bar Number:  03128318
*Attorney for Plaintiff*
Husch Blackwell Sanders LLP
401 Main Street, Suite 1400
Peoria, Illinois  61602-1241
Telephone:  (309) 637-4900
Facsimile:  (309) 637-4928
E-mail:  jeff.ryva@huschblackwell.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 7, 2008, I electronically filed the foregoing **Notice of Change of Firm Name and E-mail Address** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christina Y. Nelson
cnelson@burkelaw.com

**s/ Jeffrey Alan Ryva**
Jeffrey Alan Ryva Bar Number: 03128318
*Attorney for Plaintiff*
Husch Blackwell Sanders LLP
401 Main Street, Suite 1400
Peoria, Illinois 61602-1241
Telephone: (309) 637-4900
Facsimile: (309) 637-4928
E-mail: jeff.ryva@huschblackwell.com