IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT OF ILLINOIS
WILL COUNTY

| | | |
|---|---|---|
| GE COMMERCIAL DISTRIBUTION, FINANCE CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CASE NO. 08 L 045 |
| MUDE USA, LLC, | ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Pursuant to Local Rule 3.2, Plaintiff states as follows:

1. Plaintiff in this action is an affiliate of a public company known as General Electric Company.

2. Plaintiff did not file this statement with its Complaint because the matter was originally commenced in state court and removed to federal court by Defendant.

Dated:  March 17, 2008

                                                  **s/ Jeffrey Alan Ryva**
Jeffrey Alan Ryva Bar Number:  03128318
*Attorney for Plaintiff*
Husch Blackwell Sanders LLP
401 Main Street, Suite 1400
Peoria, Illinois  61602-1241
Telephone:  (309) 637-4900
Facsimile:  (309) 637-4928
E-mail:  jeff.ryva@huschblackwell.com

0226188.01

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2008, I electronically filed the foregoing **Plaintiff's Local Rule 3.2 Notification as to Affiliates** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Christina Y. Nelson
>cnelson@burkelaw.com

>**s/ Jeffrey Alan Ryva**
>Jeffrey Alan Ryva Bar Number:  03128318
>*Attorney for*
>Husch Blackwell Sanders LLP
>401 Main Street, Suite 1400
>Peoria, Illinois  61602-1241
>Telephone:  (309) 637-4900
>Facsimile:   (309) 637-4928
>E-mail:  jeff.ryva@huschblackwell.com

0226188.01