# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1248 | **DATE** | 3/19/2008 |
| **CASE TITLE** |  | GE Commercial Distrib. Fin. Corp. vs. Mude USA, LLC | |

**DOCKET ENTRY TEXT**

This case was removed to this court based on diversity of citizenship. The notice of removal describes the defendant as a Florida corporation with its principal place of business in Florida. The Court is somewhat skeptical, given the description of defendant as "Mude USA, *LLC*." Defendant is directed to supplement its notice of removal by 3/28/08 to state specifically whether defendant is a corporation, or an "LLC," and if the latter, to identify the citizenship of each members of the LLC, including the complete citizenship of any corporate or "LLC" members. *See Mutual Assignment & Indemnification Co. v. Lind-Waldock & Co., LLC,* 364 F.3d 858, 861 (7th Cir. 2004); *Cosgrove v. Bartolotta,* 150 F.3d 729, 731 (7th Cir. 1998).

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|