**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
FEBRUARY 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

GE COMMERCIAL DISTRIBUTION FINANCE CORP.

V

MUDE USA, LLC

Case Number:

**08 C 1248**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MUDE USA, LLC

JUDGE KENNELLY
MAGISTRATE JUDGE VALDEZ

| | |
|---|---|
| NAME (Type or print) <br> Christina Y. Nelson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Christina Y. Nelson | |
| FIRM <br> Burke, Warren, MacKay & Serritella, P.C. | |
| STREET ADDRESS <br> 330 N. Wabash Avenue, 22nd Floor | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6278754 | TELEPHONE NUMBER <br> (312) 840-7050 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |