IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORP., | ) ) ) | Case No. 08 C 1248 |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. Matthew F. Kennelly |
| MUDE USA, LLC, | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S SUPPLEMENT TO NOTICE OF REMOVAL**

Defendant, Mude USA, LLC ("Mude USA"), pursuant to the Court's Order of March 21, 2008, supplements its Notice of Removal as follows:

1. Plaintiff is a Delaware corporation with is principal place of business in Illinois. (Complaint, ¶ 1).

2. Mude USA is a limited liability company organized under the laws of Florida.

3. Mude USA has only two members: Luiz Scarpelli and Moacyr A. Sampaio, both of whom are Brazilian citizens and neither of whom has been admitted for permanent residence in the United States.

4. This Court has original jurisdiction of this action on diversity pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000 and this action is between a corporation of a State and an entity whose members are citizens of a foreign state.

WHEREFORE, Defendant, Mude USA, LLC, respectfully requests that this action proceed in this Court as an action properly removed hereto.

Dated:        March 28, 2008

                                        Respectfully submitted,

                                        MUDE USA, LLC

                                        By:   /s/ Christina Y. Nelson
                                                  One of Its Attorneys

Edward J. Lesniak (ARDC No. 1624261)
Christina Y. Nelson (ARDC No. 6278754)
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, IL  60611
(312) 840-7000
(312) 840-7900 (FAX)

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney for Defendant, states that she electronically filed the foregoing Defendant's Supplement to Notice of Removal with the Clerk of the court on March 28, 2008 using the CM/ECF system which will send notification of such filing to the following:

Jeffrey Alan Ryva
Jeff.ryva@huschblackwell.com

Kimberly A. Sarff
kim.sarff@huschblackwell.com


/s/ Christina Y. Nelson
Christina Y. Nelson