IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> MUDE USA, LLC, <br><br> Defendant. | Case No. 08 C 1248 <br><br> Hon. Matthew F. Kennelly |

## DEFENDANT'S LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES

Pursuant to Local Rule 3.2, Defendant, Mude USA, LLC states that it has no publicly held affiliates.

Dated:     March 28, 2008

                                              Respectfully submitted,

                                              MUDE USA, LLC

                                              By:___/s/ Christina Y. Nelson_____
                                                      One of Its Attorneys

Edward J. Lesniak (ARDC No. 1624261)
Christina Y. Nelson (ARDC No. 6278754)
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, IL  60611
(312) 840-7000
(312) 840-7900 (FAX)
Atty. No. 41704

## CERTIFICATE OF SERVICE

The undersigned, an attorney for Defendant, states that she electronically filed the foregoing Defendant's Local Rule 3.2 Notification as to Affiliates with the Clerk of the court on March 28, 2008 using the CM/ECF system which will send notification of such filing to the following:

Jeffrey Alan Ryva
Jeff.ryva@huschblackwell.com

Kimberly A. Sarff
kim.sarff@huschblackwell.com

/s/ Christina Y. Nelson
Christina Y. Nelson