IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GE COMMERCIAL DISTRIBUTION, FINANCE CORP., <br>　　　　　　Plaintiff, <br><br>　　　vs. <br><br>MUDE USA, LLC, <br>　　　　　　Defendant. | CASE NO. 08 C 1248 |

**GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION'S
MOTION TO STAY LITIGATION PENDING ARBITRATION OF DISPUTE**

GE Commercial Distribution Finance Corporation ("CDF") as and for its Motion to Stay Litigation Pending Arbitration of Dispute, represents as follows:

**BACKGROUND FACTS**

1.　CDF and Mude USA, LLC ("Borrower"), are parties to that certain Inventory Financing Agreement dated August 21, 2006, whereby Borrower agreed to pay CDF any and all indebtedness owing by virtue of advances made by CDF on behalf of Borrower for its acquisition of inventory (the "Financing Agreement").

2.　Pursuant to the provisions of the Financing Agreement, Borrower granted to CDF, as security for the repayment of all advances and indebtedness owed to CDF by Borrower, a first priority security interest in all of Borrower's inventory, equipment, fixtures, accounts, contract rights, chattel paper, security agreements, instruments, deposit accounts, reserves, documents, and general intangibles, and all attachments, accessories, accessions, returns, repossessions, exchanges, substitutions and replacements thereof and all proceeds thereof (the "Collateral"). CDF maintains a duly perfected security interest in the Collateral.

0228184.01

3.      As contemplated by the terms and conditions of the Financing Agreement, CDF has made advances on behalf of Borrower, who as of February 20, 2008, is obligated to CDF under the Financing Agreement in the total amount of $51,137,309.50, which represents the principal amount of $49,240,577.42, interest charges through February 5, 2008, in the amount of $1,896,732.08, plus interest accruing from February 6, 2008 at the per annum rate of 18%, as well as fees, collection expenses, including CDF's attorneys' fees, due under the Financing Agreement ("Debt").

4.      As of the date hereof, Borrower's obligations to CDF pursuant to the Financing Agreement are in default, and Borrower has failed to cure certain events of default.

5.      Disputes under the Financing Agreement are governed by binding arbitration.

6.      CDF, in connection with the Complaint it filed In the Circuit Court of the Twelfth Judicial Circuit of Illinois, Will County, Case No. 08L-045 (the "State Court Action"), filed a Statement of Reservation of Right to Arbitrate Dispute and Motion for Stay of Litigation Pending Arbitration (the "Reservation of Rights").  Pursuant to the Reservation of Rights, CDF stated that it filed the Complaint for the sole purpose of submitting its Motion for (I) Order of Attachment and (II) Garnishment in Aid of Attachment.  CDF further set forth that nothing in the Complaint or in the filing of the state court action shall be construed as a waiver of CDF's rights to enforce the arbitration clauses contained in the Financing Agreement.

7.      In the State Court Action, CDF obtained an attachment of approximately $3 million in a bank account held by Borrower, which funds were paid into – and remain in – the registry of the State Court.

8.      On February 29, 2008, Borrower removed the state court case to this Court.

9. The parties hereto and parties related to Borrower are engaged in discussions to resolve issues raised in the Complaint as well as other issues. If those issues cannot be resolved, CDF will seek to arbitrate the issues it raised in the Complaint.

**RELIEF REQUESTED**

10. CDF seeks the entry of an order staying all aspects of the case. CDF does not waive the arbitration clause in the Financing Agreement. In the event that the parties are unable to resolve the issues raised in the Complaint and the distribution of the Attached Funds, CDF will seek to arbitrate the dispute in accordance with the terms of the Financing Agreement. Accordingly, CDF respectfully submits that it is appropriate for the Court to enter an order staying the proceeding pending resolution of the issues or an award in arbitration and dispensing with the initial disclosures required by Rule 26(a)(1), as well as compliance with Rule 26(f) procedures for discovery conference.

WHEREFORE, CDF respectfully requests the Court enter and Order: (i) directing that all aspects of this litigation are stayed pending an arbitration award or consent of both parties to pursue the litigation in this Court; (ii) dispensing with the initial disclosures required by Rule 26(a)(1) and compliance with Rule 26(f) procedures for discovery conference; and (iii) extending the Borrower's time to answer, or otherwise plead, to the Complaint to fourteen (14) days after the Court lifts the stay extant pursuant to this Order.

Dated: April 23, 2008

**s/ Jeffrey Alan Ryva**
Jeffrey Alan Ryva Bar Number: 03128318
*Attorney for Plaintiff*
Husch Blackwell Sanders LLP
401 Main Street, Suite 1400
Peoria, Illinois 61602-1241
Telephone: (309) 637-4900
Facsimile: (309) 637-4928
E-mail: jeff.ryva@huschblackwell.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 23, 2008, I electronically filed the foregoing **GE Commercial Distribution Finance Corporation's Motion to Stay Litigation Pending Arbitration of Dispute** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Christina Y. Nelson
        cnelson@burkelaw.com


        **s/ Jeffrey Alan Ryva**
        Jeffrey Alan Ryva  Bar Number:  03128318
        *Attorney for Plaintiff*
        Husch Blackwell Sanders LLP
        401 Main Street, Suite 1400
        Peoria, Illinois  61602-1241
        Telephone:  (309) 637-4900
        Facsimile:   (309) 637-4928
        E-mail:  jeff.ryva@huschblackwell.com