IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GE COMMERCIAL DISTRIBUTION, FINANCE CORP., | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CASE NO. 08 C 1248 |
| MUDE USA, LLC, | ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING GENERAL ELECTRIC COMMERCIAL
DISTRIBUTION FINANCE CORPORATION'S MOTION TO
STAY LITIGATION PENDING ARBITRATION OF DISPUTE**

Upon the Motion of General Electric Commercial Distribution Finance Corporation, the Court finds that the financing agreement entered into between the parties is governed by binding arbitration; this proceeding should be stayed pending an arbitration award or consent of both parties to pursue the litigation in this Court, the requirements to perform the initial disclosures required by Rule 26(a)(1) and compliance with Rule 26(f) procedures for discovery conference should be waived; the Defendant's time to answer the complaint filed by Plaintiff GE Commercial Distribution Finance Corp., is extended to fourteen (14) days after the Court lifts the stay extant pursuant to this Order:

**HEREBY ORDERS, ADJUDGES AND DECREES THAT:**

1. All aspects of this litigation are stayed pending an arbitration award or consent of both parties to pursue the litigation in this Court;

2. The parties' requirements to perform the initial disclosures required by Rule 26(a)(1) and compliance with Rule 26(f) procedures for discovery conference are waived; and

0228183.01

-2-

3. The Defendant's time to answer, or otherwise plead, to the Complaint is extended to fourteen (14) days after the Court lifts the stay extant pursuant to this Order.

**IT IS SO ORDERED.**

Dated: April ____, 2008         _____
                                District Court Judge