## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

GE Commercial Distribution Finance Corp.
                                       Plaintiff,

v.                                                        Case No.: 1:08−cv−01248
                                                        Honorable Matthew F. Kennelly

Mude USA, LLC.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 4/28/2008, with attorneys for both sides. Motion to stay pending arbitration is granted without objection. Defendant's answer will be due 30 days after the stay is lifted. Status hearing continued to 6/19/2008 at 09:00 AM., with parties by telephone for the purpose of reporting on status of settlement negotiations. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.