**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

GE Commercial Distribution Finance Corp.
                                       Plaintiff,

v.                                                            Case No.: 1:08−cv−01248
                                                            Honorable Matthew F. Kennelly

Mude USA, LLC.
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 6/19/2008 with attorneys for both sides by telephone. Status hearing continued to 8/19/2008 at 09:00 AM., with attorneys by telephone. n notice(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.