**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

GE Commercial Distribution Finance Corp.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−01248
                                                Honorable Matthew F. Kennelly

Mude USA, LLC.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

  MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held. Agreed order regarding funds in Will County court account and dismissal of present case is to be submitted by no later than 12:00 PM on 9/12/2008. Status is continued to 9/15/2008 at 9:30 AM., in open court, if the previously mentioned agreed order is not submitted in timely fashion. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.