IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORP., | ) ) ) | Case No. 08 C 1248 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Matthew F. Kennelly |
| MUDE USA, LLC, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION FOR ORDER TO RELEASE FUNDS
AND FOR DISMISSAL WITHOUT PREJUDICE**

Defendant, Mude USA, LLC ("Mude") and Plaintiff, GE Commercial Distribution Finance Corp. ("CDF") jointly move for entry of an order: (1) directing the Clerk of Court of the Circuit Court of Will County, Illinois to release funds held in the court's registry to CDF and (2) dismissing this case without prejudice. In further support of this motion, the Parties state as follows:

1. CDF filed a complaint in the Circuit Court of Will County, Illinois, Case No. 08L-045, seeking prejudgment attachment of funds held by Mude in a Citibank, N.A. account.

2. On January 22, 2008, CDF obtained an attachment of approximately $2,966,367.30 in the aforementioned bank account. Pursuant to an order dated February 13, 2008, the funds were paid into – and remain in – the registry of the Will County Court (the foregoing funds and all interest earned thereon are hereafter referred to as the "Attached Funds"). A copy of the February 13, 2008 Order is attached hereto as Exhibit A.

3. On February 29, 2008, Mude removed the case to this Court.

4. The Parties have since reached an agreement regarding the Attached Funds.

5.　　The Parties request entry of an order directing the Clerk of Court of the Circuit Court of Will County, Illinois, to release and transfer the Attached Funds to CDF.

6.　　The Parties also request that this case be dismissed without prejudice.

WHEREFORE, the Parties request this Court enter an order: (1) directing the Clerk of Court of Circuit Court of Will County, Illinois, to release and transfer to GE Commercial Distribution Finance Corp. funds held in the Will County court's registry in Case No. 08L-045; and (2) dismissing this case without prejudice.

Dated:　　September 9, 2008

| MUDE USA, LLC | GE COMMERCIAL DISTRIBUTION FINANCE CORP. |
|---|---|
| By:　/s/ Christina Y. Nelson<br>　　　One of Its Attorneys | By:　Jeffrey Alan Ryva<br>　　　One of Its Attorneys |
| Edward J. Lesniak (ARDC No. 1624261)<br>Christina Y. Nelson (ARDC No. 6278754)<br>BURKE, WARREN, MACKAY & SERRITELLA, P.C.<br>330 N. Wabash Avenue, 22nd Floor<br>Chicago, IL 60611<br>(312) 840-7000<br>(312) 840-7900 (Fax) | Jeffrey Alan Ryva<br>HUSCH BLACKWELL SANDERS LLP<br>401 Main Street, Suite 1400<br>Peoria, Illinois 61602-1241<br>(309) 637-4900<br>(309) 637-4928 (Fax) |