# EXHIBIT A

383528.1

37

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT OF ILLINOIS
WILL COUNTY

| | | |
|---|---|---|
| GE COMMERCIAL DISTRIBUTION, FINANCE CORP., | ) ) | |
| Plaintiff, | ) ) | BOND NO. 6533840 |
| vs. | ) ) | CASE NO. 08 L 045 |
| MUDE USA, LLC, | ) ) | |
| Defendant. | ) ) | |
| and | ) | |
| CITIBANK, N.A., | ) ) | |
| Garnishee Defendant | ) | |

**ORDER GRANTING MOTION TO DEPOSIT FUNDS
WITH THE COURT IN AN INTEREST BEARING ACCOUNT**

Upon GE Commercial Distribution Finance Corporation's ("CDF") Motion to Deposit Funds with the Court in an Interest Bearing Account; and based on the record and the representations of counsel made in open court on February 5, 2007, the Court:

**HEREBY ORDERS, ADJUDGES AND DECREES THAT:**

1. The Motion is GRANTED.

2. Pursuant to ILCS 5/4-144, the Clerk of Court is directed to open a new interest bearing account (the "Court Account"); and

3. Within five (5) business days of the Court's approval of this Order, Citibank, N.A., is directed to transfer to the Court Account all of the funds in Mude USA LLC's Account No. 3200486906 that were attached and garnished pursuant to that certain Order of Attachment and Garnishment in Aid of Attachment entered by the Court on January 22, 2008.

ST_LOUIS-2888123-v1-Order on Motion to Deposit Funds.DOC

4.  Following receipt, the funds in the Court Account shall not be transferred absent further Order of the Court.

**IT IS SO ORDERED.**

Dated: February 13, 2008

                                                        _____
                                                        Circuit Court Judge