Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1248 | **DATE** | 9/10/2008 |
| **CASE TITLE** | GE Commercial vs. Mude USA | | |

**DOCKET ENTRY TEXT**

The joint motion for order to release funds and for dismissal without prejudice is granted.   The status hearing set for 9/15/2008 is vacated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|