

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORP., )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MUDE USA, LLC, )<br>)<br>Defendant. ) | Case No. 08 C 1248<br><br>Judge Matthew F. Kennelly |

### AGREED ORDER

The Parties' Joint Motion For Order To Release Funds And For Dismissal Without Prejudice (the "Motion") was submitted to the Court on September 10, 2008. After reviewing the Motion, the Motion is hereby granted. The Clerk of Court of the Circuit Court of Will County is hereby directed to release and distribute to GE Commercial Distribution Finance Corp. ("CDF"), the Attached Funds (as defined in the Motion) held in the court's registry in the matter GE Commercial Distribution Finance Corp., v. Mude USA, LLC, Circuit Court of Will County, Illinois, Case No. 08L-045. The Attached Funds shall be distributed to CDF in accordance with the following directions: (i) by wire transfer to Northern Trust Bank, Account Number 57010, ABA # 071000152, Reference: #01-9150-MUDE USA; or (ii) by check to GE Commercial Distribution Finance Corporation, 75 Remittance Drive, Suite #1075, Chicago, IL 60675-1075. Pursuant to the agreement of the parties: (i) this action is hereby dismissed without prejudice, with each side to bear its own costs and attorneys' fees; (ii) Mude is entitled to a credit in the amount of the Attached Funds in any future settlement or judgment against its existing

obligations, if any, to CDF; and (iii) this Order is not evidence of any liability or debt of Mude to CDF.

ENTERED:   September 10, 2008

_____
Hon. Matthew F. Kennelly
United States District Court

13557\00001\478524.2